751 A.2d 182

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Antonio Lamont JOHNSON, Petitioner.**

Supreme Court of Pennsylvania.

May 24, 2000.

Candace Cain, Kevin G. Sasinoski, Pittsburgh, for petitioner.

### ORDER

PER CURIAM.

AND NOW, this 24th day of May, 2000, the Petition for Allowance of Appeal is hereby GRANTED, limited to petitioner's first issue:

Whether the Superior Court erred in rejecting Petitioner's claim that his counsel was ineffective for failing to preserve an issue for appeal in the Statement of Matters Complained of on Appeal pursuant to PA.R.A.P.1925(b)?